1  THOMAS A. WOODS (SB #210050)
   thomas.woods@stoel.com
2  COREY M. DAY (SB #311021)
   corey.day@stoel.com
3  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
4  Sacramento, CA 95814
   Telephone: 916-447-0700
5  Facsimile: 916-447-4781

6  Attorneys for Defendant
   Nivagen Pharmaceuticals, Inc.
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 ALFASIGMA USA, INC.;              Case No. 2:17-cv-01974-MCE-KJN
   BRECKENRIDGE PHARMACEUTICAL,
11 INC.,                             ORDER GRANTING STIPULATION
                                     TO EXTEND TIME TO RESPOND TO
12            Plaintiffs,            AMENDED COMPLAINT

13       v.

14 NIVAGEN PHARMACEUTICALS, INC.,

15            Defendant.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

ORDER GRANTING STIPULATION TO
EXTEND TIME                         -1-                2:17-CV-01974-MCE-KJN

103444435.1 0065996-00001

# ORDER

The Court, having reviewed the pleadings and good cause appearing, HEREBY ORDERS THAT Defendant's Stipulation for a two-week extension of time for Nivagen to file an answer in response to Plaintiffs' Amended Complaint (ECF No. 44), filed October 9, 2018, is GRANTED. Pursuant to this stipulation, Nivagen's new deadline to file and serve an answer in response to Plaintiffs' Amended Complaint is now September 20, 2019.

IT IS SO ORDERED.

Dated: September 10, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE