THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
COREY M. DAY (SB #311021)
corey.day@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916-447-0700
Facsimile: 916-447-4781

Attorneys for Defendant
Nivagen Pharmaceuticals, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFASIGMA USA, INC.; BRECKENRIDGE PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NIVAGEN PHARMACEUTICALS, INC., <br><br> Defendant. | Case No. 2:17-cv-01974-MCE-KJN <br><br> ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT
103635376.1 0065996-00001

-1-

2:17-CV-01974-MCE-KJN

## ORDER

Pursuant to the stipulation of Plaintiffs Alfasigma USA, Inc. and Breckenridge Pharmaceutical, Inc. ("Plaintiffs") and Defendant, Nivagen Pharmaceuticals, Inc. ("Nivagen"), and good cause appearing,

IT IS HEREBY ORDERED that Nivagen's request for an additional two-week extension of time to respond to Plaintiffs' Amended Complaint is GRANTED. Nivagen's deadline to respond to Plaintiffs' Amended Complaint is now October 4, 2019.

IT IS SO ORDERED.

Dated: September 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stoel Rives LLP
Attorneys At Law
Sacramento

[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

-2-

2:17-CV-01974-MCE-KJN

103635376.1 0065996-00001