1  THOMAS A. WOODS (SB #210050)
   thomas.woods@stoel.com
2  COREY M. DAY (SB #311021)
   corey.day@stoel.com
3  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
4  Sacramento, CA 95814
   Telephone: 916-447-0700
5  Facsimile: 916-447-4781

6  Attorneys for Defendant
   Nivagen Pharmaceuticals, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFASIGMA USA, INC.; BRECKENRIDGE PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NIVAGEN PHARMACEUTICALS, INC., <br><br> Defendant. | Case No. 2:17-cv-01974-MCE-KJN <br><br> ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT |

## ORDER

Pursuant to the stipulation of Plaintiffs Alfasigma USA, Inc. and Breckenridge Pharmaceutical, Inc. ("Plaintiffs") and Defendant Nivagen Pharmaceuticals, Inc. ("Nivagen"), and good cause appearing,

IT IS HEREBY ORDERED that Nivagen's request for an additional two-week extension of time to respond to Plaintiffs' Amended Complaint is GRANTED. Nivagen's deadline to respond to Plaintiffs' Amended Complaint is now October 28, 2019.

IT IS SO ORDERED.

Dated: October 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE