1  MOLLY A. JONES (SBN 301419)
   mojones@crowell.com
2  CROWELL & MORING LLP
   3 Embarcadero Center, 26th Floor
3  San Francisco, CA 94111
   Telephone: 415.986.2800
4  Facsimile: 415.986.2827

5  Attorneys for Plaintiffs
   ALFASIGMA USA, INC., and
6  BRECKENRIDGE PHARMACEUTICAL, INC.

7  BRUCE D. DE RENZI (*Pro Hac Vice*)
   bderenzi@bpirx.com
8  BRECKENRIDGE PHARMACEUTICAL, INC.
   60 E. 42nd Street, Suite 2410
9  New York, NY 10165
   Telephone: 646.448.1308
10 Facsimile: 646.448.1301

11 Attorney for Plaintiff
   BRECKENRIDGE PHARMACEUTICAL, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFASIGMA USA, INC., a Delaware Corporation, and BRECKENRIDGE PHARMACEUTICAL, INC., a Florida Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NIVAGEN PHARMACEUTICALS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:17-cv-01974-MCE-KJN<br><br>**ORDER REGARDING VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS FOR RELIEF AGAINST NIVAGEN PHARMACEUTICALS, INC. WITH PREJUDICE** |

Whereas Plaintiffs Alfasigma USA, Inc. and Breckenridge Pharmaceutical, Inc., and Defendant Nivagen Pharmaceuticals, LLC (the "Parties"), pursuant to Fed. R. Civ. P. 41(a), and the terms of a Conditional Confidential Settlement Agreement entered between them, have conditionally stipulated for dismissal of all claims, defenses, affirmative defenses and counterclaims in this Action with prejudice, on the predicate condition that the Court enters an Order to retain jurisdiction to hear and decide any motions to enforce the terms of the Conditional Confidential Settlement Agreement, whereby upon the entry of such Order the Conditional Confidential Settlement Agreement will have full force and effect.

**THEREFORE, IT IS HEREBY ORDERED** as follows:

1. That the Court retains jurisdiction in this Action to hear and decide any motions to enforce the terms of the Conditional Confidential Settlement Agreement between Plaintiffs and Defendant;

2. That this action is DISMISSED with prejudice, subject to the retained jurisdiction set out above, with each side to bear their own costs and attorneys' fees; and

3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: December 3, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

CROWELL & MORING LLP
ATTORNEYS AT LAW